

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00071-CR

JOSE VALLE-FERNANDEZ, Appellant § On Appeal from the 297th District Court

§ of Tarrant County (1718742)

V. § February 27, 2025

§ Memorandum Opinion by Justice Bassel

§

THE STATE OF TEXAS (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel  
     Justice Dabney Bassel